IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| The Pacid Group, LLC | § | |
| | § | Civil Action No.6:09-cv-324 [LED] |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| Cisco Systems, Inc., et al | § | |

**DEFENDANTS SIEMENS CORPORATION AND SIEMENS COMMUNICATIONS, INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendants Siemens Corporation and Siemens Communications, Inc. file this Unopposed Motion to Withdraw Counsel and respectfully request that Michael E. Jones and the POTTER MINTON, P.C. law firm be permitted to withdraw herein as counsel of record for Siemens Corporation and Siemens Communications, Inc. in the above-captioned matter.  Siemens Corporation and Siemens Communications, Inc. consent to this request and said Defendants are currently represented by other counsel in this matter.  No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record.  Plaintiff does not oppose this motion.

Dated:  October 19, 2009

                                                Respectfully submitted,

                                                By:   */s/ Michael E. Jones*
                                                      MICHAEL E. JONES
                                                      Attorney in Charge
                                                      State Bar No. 10929400
                                                      POTTER MINTON
                                                      A Professional Corporation
                                                      110 N. College Ave., Suite 500
                                                      Tyler, Texas  75702
                                                      Phone: 903.597.8311
                                                      Facsimile: 903.593.0846
                                                      Email:  mikejones@potterminton.com

*Attorneys for Defendants*
**SIEMENS CORPORATION and SIEMENS COMMUNICATIONS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of October, 2009. Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*
MICHAEL E. JONES

{A07\8163\0002\W0407448.1 }