IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| The PACid Group, LLC | § | |
| | § | Civil Action No. 6:09-cv-324 [LED] |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| Cisco Systems, Inc., et al. | § | |

### ORDER GRANTING PLAINTIFF THE PACID GROUP, LLC'S UNOPPOSED MOTION TO CONSOLIDATE CASES

Before the Court is Plaintiff The PACid Group, LLC's Unopposed Motion to Consolidate Cases, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED that Civil Action Nos. 6:09-cv-324 and 6:09-cv-495 be consolidated.

**So ORDERED and SIGNED this 17th day of November, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**