IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE PACID GROUP, LLC<br><br>      Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC. *et al.*,<br><br>      Defendants. | CIVIL ACTION NO. 6:09-CV-00324-LED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff The PACid Group, LLC ("PACid") and Defendants Ralink Technology Corp. and Ralink Technology Corporation (together, "Ralink") have settled PACid's claims for relief against Ralink and any of Ralink's counterclaims for relief against PACid asserted in this case.

NOW, THEREFORE, PACid and Ralink, through their attorneys of record, request this Court to dismiss PACid's claims for relief against Ralink and any of Ralink's counterclaims for relief against PACid, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

October 26, 2010                                              Respectfully submitted,

                                                          /s/Andrew W. Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW, P.C.
208 N. Green St., Suite 300
Longview, TX 75601-7312
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
spangler@spanglerlawpc.com

**ATTORNEY FOR PLAINTIFF
THE PACID GROUP, LLC**


/s/Eric H. Findlay
Eric H. Findlay (TX Bar No. 00789886)
efindlay@findlaycraft.com
Brian Craft (TX Bar No. 04972020)
bcraft@findlaycraft.com
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX  75703
Telephone: (903) 534-1100
Fax: (903) 534-1137

**ATTORNEY FOR
DEFENDANTS
RALINK TECHNOLOGY CORP.
and RALINK TECHNOLOGY
CORPORATION**

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of October, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                          /s/ Andrew W. Spangler
                                                          Andrew W. Spangler